30 A.3d 1104

**Joseph CHAMBERLAIN, Petitioner**

v.

**Honorable WOODS–SKIPPER, Respondent.**

**No. 74 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 28, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of October, 2011, the "Petition for Review" is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.